

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00236-CV

RAMESH KAPUR, DBA AIC MANAGEMENT COMPANY, Appellant

V.

CASSANDRA PLEASANT, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County.   (Tr. Ct. No. 1013763).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 29th day of September  2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This is an appeal from a judgment signed December 11, 2013.   Appellant, Ramesh Kapur, dba AIC Management Company, did not timely file a brief.   After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed** for want of prosecution.
>
> The Court **orders** that the appellant, Ramesh Kapur,

dba AIC Management Company, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 15, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

